IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

JENNIFER W. COLE

    Plaintiff

Vs.                                                  Case No. CAL17-16938

BANK OF AMERICA, N.A.

    Defendant

### MEMORANDUM AND ORDER OF COURT

    The court notes that the plaintiff is self-represented. The plaintiff has the right to be a self-represented litigant. The court would, however, strongly advise that the plaintiff seek the services of an attorney. The Maryland Rules of Procedure and Maryland Rules of Evidence are applicable to all litigants whether represented or not. These rules can be difficult and hard to understand. If the plaintiff has difficulty in finding an attorney, they may contact the Prince George's Bar Association-Lawyer Referral Service at 301-952-1442 or visit the Self Represented Litigants Room located on the second floor of the courthouse, Room M2435.

    Likewise, the court notes that there is no service of the bill of complaint on the defendant. Service of the original papers on the defendant is the formal method of notifying the defendant that a suit has been filed against him. Service satisfies the initial due process requirements of the United States Constitution and the Maryland Declaration of Rights. Service of the original papers must be accomplished by a person other than the plaintiff giving the defendant copies of the papers or by other means, *see Md. Rules 2-121, 2-122 and 2-123*. A certificate of service which is required to be filed with the court, *see Md. Rule 2-126*.

    THEREFORE, it is this 28th day of July, 2017 by the Circuit Court for Prince George's County, Maryland

    ORDERED, that a STATUS HEARING be set on September ___, 2017 at ___.

Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by Court to:

Jennifer W. Cole
12601 King Arthur Ct.
Glenn Dale, MD 20769

Jasmine Boyd, Civil Paralegal to the
Honorable Leo E. Green, Jr.

Date: 7/28/17